Name: Megan A. Maitia (Bar No. 285271)
Address: 1010 Sycamore Ave., Unit 117
City, State, Zip: South Pasadena, CA 91030
Phone: 213-260-9455
Fax: 213-835-0939
E-Mail: megan@summallp.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WEIRD SCIENCE LLC, et al.

PLAINTIFF(S),

v.

RENE SINDLEV, et al.,

DEFENDANT(S).

CASE NUMBER: 2:24-cv-00645-HDV-MRW

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Weird Science LLC and William A. Wittekind_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

## Civil Matter

☒ Order (specify): Granting Defendants' Motion to Dismiss

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _10/29/2024_. Entered on the docket in this action on _10/29/2024_.

A copy of said judgment or order is attached hereto.

11/27/2024
Date

*/s/ Megan Maitia*
Signature

☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                NOTICE OF APPEAL