UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WEIRD SCIENCE, LLC and WILLIAM ANDERSON WITTEKIND, derivatively on behalf of Renovaro Biosciences, Inc.,

Plaintiffs - Appellants,

v.

RENE SINDLEV; et al.,

Defendants - Appellees.

No. 24-7251

D.C. No.
2:24-cv-00645-HDV-MRW

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered March 18, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT